The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 673
Sacramento, California 95814
(916) 447-1192 office
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>V.<br><br>MANUEL MARZIAL,<br><br>Defendant. | Case Number: 2:15-CR-164-TLN<br><br>**STIPULATION AND ORDER TO VACATE MOTION DATE**<br><br>**Date: July 27, 2017**<br>**Time: 9:30 am**<br>**Judge: Hon. Troy L. Nunley** |

Plaintiff United States of America, by and through its counsel of record, and the Defendant, by and through Attorney Olaf Hedberg, hereby stipulate as follows:

1. Attorney Hedberg believes that certain linguistic issues exist regarding Defendant Manuel Marzial's ability to understand the Spanish language used by the interpreters in this case so far;

1

2. On June 28, 2017 at about 4 pm Attorney Hedberg was notified by AUSA Ross Naughton of the identity of an individual who may speak the appropriate Zapotec language and could potentially be used as an interpreter in the matter at bar. At the same time Mr. Naughton notified Interpreter Coordinator Yolanda Riley-Portal of the same individual;

3. On June 29, 2017 Attorney Hedberg spoke with Ms. Riley-Portal regarding this individual. During that contact Ms. Riley-Portal indicated that the potential interpreter may be appropriate, however she did could not make that determination until the potential interpreter has had an opportunity to speak with Defendant Marzial;

4. As a result, Attorney Hedberg feels that he cannot currently ethically represent to the Court that no appropriate interpreter is available, which is the basis for Defendant's motion;

5. Attorney Hedberg needs time to explore this new interpreter and determine if the newly identified individual can perform appropriate interpretation services;

6. The briefing schedule previously filed with the Court sets June 29, 2017 as the date for the Government's reply to Defendant's Motion to Dismiss;

7. Therefore the parties stipulate as follows:

a. The Motion to Dismiss filed by Defendant set for hearing on July 27, 2017 at 9:30 am be taken off calendar, and the matter be set for a Status Conference at that date and time;

b. The Briefing Schedule previously agreed to by the parties and approved by the Court be vacated. If the Motion is to be renewed the parties will file a new hearing request and proposed briefing schedule for approval by the Court;

c. This stipulation does not constitute a waiver by the Government of their right to respond to any motion either filed or renewed by Defendant based on alleged inadequacy of interpreter services;

d. This stipulation does not constitute a waiver by Defendant of any right to an appropriate interpreter or any motion based on alleged inadequacy of available interpreter services;

e. Time has previously been excluded until July 27, 2017 at 9:30 am.

IT IS SO STIPULATED

Respectfully submitted

| /s/ Olaf W. Hedberg | /s/ Ross Naughton |
|---|---|
| Olaf W. Hedberg | Ross Naughton |
| Attorney for Manuel Marzial | Assistant United States Attorney |

### ORDER

It is hereby ordered that the July 27, 2017 9:30 am Motion to Dismiss and the previously established Briefing Schedule be vacated without prejudice to either party and that the matter be set for a Status Conference at that date and time.

IT IS SO ORDERED.

Dated: June 29, 2017

Troy L. Nunley
United States District Judge