1 | PHILLIP A. TALBERT
United States Attorney
2 | ROSS K. NAUGHTON
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE 2:15-CR-00164-TLN-4 |
|---|---|
| Plaintiff, | STIPULATION AND ORDER RE: DISMISSAL OF INDICTMENT WITHOUT PREJUDICE |
| v. | |
| MANUEL MARZIAL, | DATE: N/A |
| Defendant. | TIME: N/A<br>COURT: Hon. Troy L. Nunley |

In the interests of justice, the United States and the defendant, MANUEL MARZIAL, jointly move to dismiss without prejudice the indictment in this case as to defendant MARZIAL. *See* Fed. R. Crim. P. 48(a); *In re Ellis*, 356 F.3d 1198, 1209-10 (9th Cir. 2004) (*en banc*).

Respectfully submitted,

Dated: September 8, 2017          Dated: September 8, 2017

PHILLIP A. TALBERT
United States Attorney

 /s/ *Ross K. Naughton*                  /s/ *Olaf W. Hedberg*
ROSS K. NAUGHTON                  OLAF W. HEDBERG
Assistant U.S. Attorney
Attorney for Plaintiff                     Attorney for Defendant
UNITED STATES OF AMERICA      MANUEL MARZIAL

1 **ORDER**

2 Pursuant to the parties' stipulation/joint motion, and good cause appearing, the indictment in this

3 case is hereby **DISMISSED** without prejudice as to defendant MANUEL MARZIAL.

4 **SO ORDERED** on September 8, 2017.

Troy L. Nunley
United States District Judge

28 STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL OF INDICTMENT WITHOUT PREJUDICE AS TO MANUEL MARZIAL

Page **1** of **1**